AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| **Case No.:** 2:20MJ1 | **Date and time warrant executed:** 6/26/2020  10:00 A.m. | **Copy of warrant and inventory left with:** Leon ST. Clair |
| **Inventory made in the presence of :** St. P. Gonzalues | | |

Inventory of the property taken and name of any person(s) seized:

Winchester RAnger Model 120
Winchester Model 77
CBC Model SD
Winchester Model 1300 RAnger
Reminetu Model 870 Whymaster
Smith & Wesson Model 1,000
MArlin Model XL7
Weatrby Model PA-08
Stoegr Model P 350

3 Notebooks

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

JUN 30 2020

JULIA C. DUDLEY, CLERK

BY: _____
DEPUTY CLERK

---

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/26/2020

_____
*Executing officer's signature*

Brandon C. Vines  Special Agent ATF
*Printed name and title*

Returned to me this 29th day of June 2020.

Pamela Meade Sargant
USMJ